IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANITA JORGE, TRINA BARRY, and § <br> BETHELLINE SCHAEFER, § <br> individually and on behalf of others § <br> similarly situated, § <br>     Plaintiffs, § <br> § <br> V. § <br> § <br> ATLANTIC HOUSING FOUNDATION, § <br> INC. and MICHAEL NGUYEN, § <br>     Defendants. § | Civil Cause No. 2:19-CV-00296-JRG |

**PLAINTIFFS JORGE'S UNOPPOSED MOTION FOR
APPROVAL OF SETTLEMENT**

Plaintiff Anita Jorge ("Plaintiff Jorge") requests that this Court enter an order approving the Confidential Settlement Agreement and Release of Claims ("Agreement") as fair and reasonable.

1. Plaintiff Jorge claims alleged unpaid overtime compensation and retaliation under the Fair Labor Standards Act ("FLSA").

2. Defendant denies Plaintiff Jorge's allegations or that Plaintiff is entitled to any form of relief.

3. Plaintiff Jorge and Defendant are each represented by counsel.

4. In an effort to reach a compromise and avoid the expense and burden of litigation, the parties engaged in mediation, with Randy Akin serving as the mediator. As a result of the mediation, the parties reached a confidential settlement of the FLSA retaliation claim asserted in the pending lawsuit, including those Plaintiff Jorge asserted against the individual Defendant Michael Nguyen. The Agreement contains a general release of any and all liability, actions, claims, damages, expenses or costs, arising on or before the date of the Agreement, except as

otherwise specifically provided by the Agreement. The terms of the settlement are embodied in the Agreement. The parties will file a request to file the terms of the Agreement under seal.

5. Plaintiff Jorge requests the Court's approval because the Agreement contains a release of claims under the FLSA. The Court may approve a settlement of FLSA claims upon its determination that the settlement is fair and reasonable. *See, e.g., Schulte v. Gangi*, 328 U.S. 108 (1946).

6. Finally, Plaintiff Jorge requests that upon the Court's receipt of a Joint Stipulation of Dismissal with Prejudice, to be filed by the parties no later than thirty (30) days after the Court approves the Agreement, the Court enter a final order dismissing with prejudice Plaintiff Jorge's retaliation claim in this action (including those asserted against Defendant Nguyen), with each party to bear its own fees and costs except as provided in the Agreement. The parties also request that the Court retain jurisdiction over the parties and the Agreement for purposes of enforcing such Agreement should any controversy arise about the terms of the Agreement or any party's performance of its obligations under the Agreement.

Accordingly, the Plaintiff Jorge requests that the Court grant this motion, review the Agreement, issue an order approving the settlement memorialized by the Agreement as fair and reasonable, and, upon receipt of a Joint Stipulation of Dismissal with Prejudice, dismiss Plaintiff Jorge's retaliation claim with prejudice.

        /s/ Dorotha M. Ocker
OCKER LAW FIRM, P.L.L.C.
Dorotha M. Ocker
Texas Bar No. 24076597
P.O. Box 192
Addison, TX 75001
Tel. (214) 390-5715
Facsimile: (469) 277-3365
dmo@ockerlawfirm.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

Dorotha M. Ocker conferred with John Brown on July 28, 2020, and he stated that he was unopposed to this motion.

        /s/ Dorotha M. Ocker
Dorotha M. Ocker